UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

DAVID ELLIS HARRIS,            )
                               )
            Plaintiff,         )
     vs.                       )        1:07-cv-536-RLY-TAB
                               )
STATE OF INDIANA,              )
MARION SUPERIOR COURT,         )
                               )
            Defendants.        )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 5/15/07

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

David Ellis Harris
133 W. Market Street, #303
Indianapolis, IN 46204